IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**MALVIN GARNETT,**

        Plaintiff,

vs.

**PROVEST, LLC, a Florida**
**limited liability company**

        Defendant.
_____/

## COMPLAINT

NOW COMES Plaintiff, MALVIN GARNETT ("GARNETT" or "Plaintiff"), by and through undersigned counsel, and files this Complaint against Defendant PROVEST, LLC ("Defendant"), and alleges as follows:

### JURISDICTION AND VENUE

1.    Plaintiff invokes this Court's jurisdiction pursuant to 42 U.S.C. §2000e-5 and 28 U.S.C. §1343(4). This is an action authorized and instituted pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e, et seq. (hereinafter called "Title VII"), and the Florida Civil Rights Act of 1992, as amended, Fla. Stat. §760.01 et seq. (hereinafter the "Florida Civil Rights Act").

2.    The unlawful employment practices alleged in this Complaint were committed within the Fort Lauderdale Division of the United States District Court for the Southern District of Florida.

Law Offices of Santiago J. Padilla, P.A.
1001 Brickell Bay Dr., Suite 1704, Miami, Florida 33131 Tel: (305) 358-1949 / Fax: (305) 358-2141

## PARTIES

3. Plaintiff is a Black Male resident of the United States of America who, at all times relevant to the allegations set forth in this Complaint, was living at 437 S.W. 3rd Avenue, Miami, Florida 33130.

4. At all times relevant to the allegations set forth in this Complaint, Defendant Provest, LLC was a company located in the City of Hollywood, Broward County, Florida, with offices at 2450 Hollywood Boulevard, Hollywood, Florida.

5. Plaintiff is informed and believes, and therefore avers, that the Defendant is an "employer" within the meaning of Title VII in that, during all times material to the averments of this Complaint, Defendant engaged in an industry affecting commerce and has employed more than the requisite number of persons for the requisite duration under Title VII.

## ADMINISTRATIVE PROCEEDINGS

6. Plaintiff filed a charge of employment discrimination against the Defendant with the Miami District Office of the United States Equal Employment Opportunity Commission (the "EEOC") on or about April 5, 2010.

7. On December 27, 2011, the EEOC issued a Notice of Right to Sue, which entitled Plaintiff to institute a civil action with respect to the charge of discrimination within ninety (90) days of the date of receipt of said notice.

8. Based on the foregoing, Plaintiff has satisfied all private, administrative and judicial prerequisites to the institution of this action.

**Law Offices of Santiago J. Padilla, P.A.**
**1001 Brickell Bay Dr., Suite 1704, Miami, Florida 33131 Tel: (305) 358-1949 / Fax: (305) 358-2141**

## ALLEGATIONS OF FACT

9. Plaintiff began his employment with Defendant on April 2009 in the position of Court Reporter Manager.

10. During his employment with the Defendant, Plaintiff's performance evaluations were always "satisfactory" or "above satisfactory".

11. During Plaintiff's employment with Defendant, the Office Manager would make sexually inappropriate comments from time to time. These comments offended Plaintiff, so Plaintiff complained about the comments.

12. On February 13, 2010, during the Plaintiff's employment with Defendant, the Office Manager made racially derogatory comments, which further offended Plaintiff. Plaintiff further complained about these comments.

13. On February 17, 2010, Plaintiff was moved out of his office with no explanation.

14. On February 22, 2010, Plaintiff complained to the Human Resources Department regarding the Office Manager's racially derogatory and sexually inappropriate comments.

15. Shortly after Plaintiff's complaint to the Human Resources Department, he was then treated much harsher and attacked verbally, especially by the Office Manager.

16. Plaintiff was treated differently than other employees of Defendant, being disciplined much harsher than other employees for the same or similar conduct.

17. On March 31, 2010, Plaintiff was terminated from his employment with Defendant.

Law Offices of Santiago J. Padilla, P.A.
1001 Brickell Bay Dr., Suite 1704, Miami, Florida 33131 Tel: (305) 358-1949 / Fax: (305) 358-2141

## FIRST CLAIM FOR RELIEF
## VIOLATION OF TITLE VII

18.     Plaintiff refers to and incorporates, as though fully set forth in this First Claim for Relief, Paragraphs 1 through 17 of this Complaint.

19.     The termination of Plaintiff was because of his race and color and in retaliation for complaining about discrimination, which constitutes a violation of Title VII of the Civil Rights Act of 1964 and therefore entitles Plaintiff to relief under the provisions thereof.

20.     By terminating Plaintiff because the Defendant acted maliciously or with reckless indifference to the Plaintiff's rights under Title VII of the Civil Rights Act of 1964, as amended and therefore entitles Plaintiff to the recovery of compensatory and punitive damages.

## SECOND CLAIM FOR RELIEF
## VIOLATION OF THE FCRA

21.     Plaintiff refers to and incorporates, as though fully set forth in this Second Claim for Relief, Paragraphs 1 through 17 of this Complaint.

22.     The termination of Plaintiff was because his race and color and in retaliation for complaining about discrimination, which constitutes a violation of Title VII of the Civil Rights Act of 1964 and therefore entitles Plaintiff to relief under the provisions thereof which constitutes a violation of the FCRA and therefore entitles Plaintiff to relief under the provisions thereof.

23.     By terminating Plaintiff because his race and color and in retaliation for complaining about discrimination, which constitutes a violation of Title VII of the Civil Rights Act of 1964 and therefore entitles Plaintiff to relief under the provisions thereof

Law Offices of Santiago J. Padilla, P.A.
1001 Brickell Bay Dr., Suite 1704, Miami, Florida 33131 Tel: (305) 358-1949 / Fax: (305) 358-2141

the Defendant acted maliciously or with reckless indifference to Plaintiff's rights under the FCRA and therefore entitles Plaintiff to the recovery of compensatory and punitive damages.

<u>PLAINTIFF'S DEMAND FOR JURY TRIAL</u>

24.     Plaintiff, by and through her undersigned counsel, hereby demands a jury trial of all issues so triable.

WHEREFORE, the Plaintiff prays that this honorable Court:

a.     Declare that the employment practices complained of in this Complaint are unlawful in that they violate Title VII of the Civil Rights Act of 1964 and the Florida Civil Rights Act.

b.     Award the Plaintiff economic damages to make him whole, including, but not limited to, back pay and lost benefits.

c.     Award the Plaintiff five years of front pay in lieu of reinstatement.

d.     Award the Plaintiff compensatory and punitive damages in an amount to be determined by a jury.

e.     Award the Plaintiff the costs of this action, including expert witness fees, to be taxed against the Defendant.

f.     Grant the Plaintiff an award of reasonable attorneys' fees.

g.     Grant such other relief to which this honorable Court deems the Plaintiff is justly entitled.

**Law Offices of Santiago J. Padilla, P.A.**
**1001 Brickell Bay Dr., Suite 1704, Miami, Florida 33131 Tel: (305) 358-1949 / Fax: (305) 358-2141**

Respectfully submitted this 18th day of March, 2012.

                                LAW OFFICES OF
                                SANTIAGO J. PADILLA, P.A.

                                By:   s/Santiago J. Padilla
                                Santiago J. Padilla, Esq.
                                Florida Bar No.:  0037478
                                Attorney for Plaintiff

                                  Law Offices of Santiago J. Padilla, P.A.
                                  1001 Brickell Bay Drive, Suite 1704
                                  Miami, Florida  33131
                                  Telephone:  (305) 358-1949
                                  Facsimile:  (305) 358-2141